UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Khaim Khaimov,

Plaintiff,

Civil No. 00-1525 (RHK/JGL)

vs.

**ORDER**

Kelley V. Rea, David Groos,
Richard A. Trachy and Haimov Moshe,
Citizen Israel State, f/k/a Michael Goldstein,

Defendants.

---

Plaintiff's Objections to the September 28, 2000 Report and Recommendation of Magistrate Judge Jonathan G. Lebedoff are before the Court and found to be without merit; accordingly the Report and Recommendation will be adopted.

Upon all the files, records and proceedings herein, including a de novo review of the objected to portions of the Report and Recommendation, **IT IS ORDERED:**

1. The Objections (Doc. No. 11) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 10) is **ADOPTED**;

3. Plaintiff's Application to Proceed Without Prepayment of Fees (Doc. No. 2) is **DENIED**;

FILED OCT 20 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

4. Plaintiff's Motions for Appointment of Counsel (Doc. Nos. 9 and 13) are **DENIED**;

5. Plaintiff is required to pay the unpaid balance of the Court filing fee in accordance with 28 U.S. C. § 1915(b)(2);

6. Plaintiff's Motion for Temporary Restraining Order (Doc. No. 12) is **DENIED**;

7. The action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C.§ 1915A(b)(1); and

8. For purposes of 28 U.S.C.§ 1915(g), this action is **DISMISSED** on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted.

Dated: October 20, 2000

RICHARD H. KYLE
United States District Judge