# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Khaim Khaimov

Plaintiff

v.

Case No. Civil 00-1525 RHK/JGL

**JUDGMENT IN A CIVIL CASE**

Kelley V. Rea, David Groos,
Richard A. Trach and Haimov Moshe,
Citizen Israel State, f/k/a Michael Goldstein

Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the objections are overruled. The Report and Recommendation is adopted. Plaintiff's application to proceed without prepayment of fees is denied. Plaintiff's motions for appointment of counsel are denied. Plaintiff is required to pay the unpaid balance of the court filing fee. Plaintiff's motion for temporary restraining order is denied. The action is dismissed without prejudice. This action is dismissed on the grounds that it is frivolous, malicious or fails to state a claim upon which relief may be granted.

DATE: October 20, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk